IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>ERIC KAMAHELE,<br><br>               Defendant. | **SUPPLEMENTAL ORDER RE: ORDER GRANTING COMPASSIONATE RELEASE (ECF NO. 1868)**<br><br>Case No. 2:08-cr-00758-TC<br><br>District Judge Tena Campbell |

On November 5, 2021, the court granted Mr. Kamahele's unopposed motion for compassionate release. (ECF No. 1868.) The court supplements its order as follows:

- Mr. Kamahele's sentence reduction to time served will become effective pending a fourteen-day United States Probation Office prerelease investigation.

- The court also imposes two additional special conditions of supervision. First, Mr. Kamahele shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing, which is required as a condition of supervision. Second, Mr. Kamahele shall not use, possess, ingest, or market products containing THC in any form or CBD products that are not obtained from a pharmacy by prescription.

DATED this 5th day of November, 2021.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
United States District Judge